IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM S. POWELL,<br>    Petitioner | : <br> : <br> : | |
| v. | : <br> : | No. 1:22-cv-01805 <br><br> (Judge Rambo) |
| WARDEN of USP-CANAAN,<br>    Respondent | : <br> : <br> : | |

## ORDER

**AND NOW**, on this 9th day of May 2023, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner William S. Powell's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                    s/ Sylvia H. Rambo
                                                  United States District Judge